FILED
CLERK, U.S. DISTRICT COURT
March 31, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN PIAR IV, individually,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF REDONDO BEACH, a governmental entity; OFFICER ST. CLAIR, individually; OFFICER VANTRIMPONT, individually; and DOES 1 through 10,<br><br>        Defendants. | Case No. 2:18-cv-09500 SB (SSx)<br>[District Judge Stanley Blumenfeld, Jr.; Magistrate Judge Suzanne H. Segal]<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS CASE**<br><br>Complaint Filed:  11/08/18<br>Trial Date:          07/13/21 |

Pursuant to the stipulation of the Parties, and Good Cause appearing therefor, the Court hereby dismisses the entire action, with prejudice, with each party to bear its own fees and costs.

IT IS SO ORDERED.

DATED:  March 31, 2021

*/s/ SBC*

Hon. Stanley Blumenfeld, Jr.
United States District Judge